IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 09-MJ-70 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSIE HAGENSTEN, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT AND ORDER

This matter comes before the Court upon Defendant Josie Hagensten's admission to possessing a controlled substance on a National Wildlife Refuge, a violation of 50 CFR § 27.82(b)(2), and traveling on a route other than the one designated on a National Wildlife Refuge, a violation of 50 CFR § 27.31.

**IT IS ORDERED**:

1. On November 28, 2008, Defendant was fined $425 for possessing a controlled substance on a National Wildlife Refuge and $175 for traveling on a route other than the one designated on a National Wildlife Refuge. Defendant has admitted guilt as to these two offenses and the Court finds she is guilty of both offenses.

2. Since November 28, 2008, Defendant has made two payments towards the balance of her fines: $100 in June 2009 and $50 in August 2009.

3. As of September 17, 2009, Defendant still owed $375 for possessing a controlled substance on a National Wildlife Refuge and $75 for traveling on a route other than the one designated on a National Wildlife Refuge. Therefore, Defendant still owes a total of $450 on the balance of her fines.

4. Defendant is hereby ordered to make payments of at least $50 once a month beginning October 1, 2009, resulting in complete payment of the balance of her fines no later than July 31, 2010. Interest will not apply. Payments shall be made to the Clerk of the District Court, 4200 C Street SW, Cedar Rapids, IA 52404.

5. In compliance with 18 U.S.C. § 3572(3), Defendant is required to notify the Court of a material change in her economic circumstances that might affect her ability to pay the fine.

6. In the event that Defendant fails to make a monthly payment of at least $50, this Court may find Defendant in contempt. This order shall remain in effect until Defendant pays the fine in full or the Court issues a new order.

**IT IS SO ORDERED.**

DATED this 25th day of September, 2009.

JON STUART SCOLES
U.S. MAGISTRATE JUDGE

2